UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| SUNRISE MOUNTAINVIEW HOSPITAL, INC. d/b/a MOUNTAINVIEW HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1107<br><br>Defendant. | **ORDER CONSOLIDATING CASES**<br><br>Case No. 2:22-cv-00668-JAD-EJY |
| NEVADA SERVICE EMPLOYEES UNION aka SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1107<br><br>Plaintiff,<br><br>v.<br><br>SUNRISE MOUNTAINVIEW HOSPITAL, INC. d/b/a MOUNTAINVIEW HOSPITAL,<br><br>Defendant. | Case No. 2:22-cv-00673-JCM-BNW |

These cases come before the court on a notice of related cases filed by Nevada Service Employees Union aka Service Employees International Union, Local 1107. Courts may consolidate actions that involve common questions of law or fact. FED. R. CIV. P. 42(a). The district court has broad discretion over whether to order consolidation, and in doing so "weighs the saving of time and effort consolidation would produce against any inconvenience, delay, or expense that it would cause." *Huene v. United States*, 743 F.2d 703, 704 (9th Cir. 1984). "The court may make a determination to consolidate actions sua sponte." LR 42-1(b). The judges to whom these actions are assigned have reviewed the cases and, exercising their discretion, the undersigned judges find that consolidation of these actions would aid in the efficient disposition of these cases.

IT IS THEREFORE ORDERED that Case No. 2:22-cv-00668-JAD-EJY and Case No. 2:22-cv-00673-JCM-BNW are consolidated, with the earlier filed Case No. 2:22-cv-00668-JAD-EJY serving as the lead case. All further filings in these cases shall be filed in the lead case.

IT IS FURTHER ORDERED that Case No. 2:22-cv-00673-JCM-BNW is reassigned to Judge Jennifer A. Dorsey for all further proceedings.

DATED May 18, 2022.

_____  _____
JENNIFER A. DORSEY            JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE  UNITED STATES DISTRICT JUDGE