**CHRISTENSEN JAMES & MARTIN, CHTD.**
Evan L. James, Esq. (7760)
Daryl E. Martin, Esq. (6735)
7440 W. Sahara Ave.
Las Vegas, NV 89117
Tel. (702) 255-1718
Fax: (702) 255-0871
Email: elj@cjmlv.com, dem@cjmlv.com
*Attorneys for Service Employees*
*International Union, Local 1107*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUNRISE MOUNTAINVIEW HOSPITAL, INC. d/b/a MOUNTAINVIEW HOSPITAL,<br><br>    Plaintiff,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1107,<br><br>    Defendant. | Case No. 2:22-cv-00668-JAD-EJY<br><br>STIPULATION REGARDING EXTENSION OF THE PARTIES' RESPONSE DEADLINES AND SERVICE OF SUNRISE MOUNTAINVIEW HOSPITAL, INC.'S SUMMONS AND COMPLAINT |
| NEVADA SERVICE EMPLOYEES UNION aka SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1107,<br><br>    Plaintiff,<br><br>v.<br><br>SUNRISE MOUNTAINVIEW HOSPITAL, INC. d/b/a MOUNTAINVIEW HOSPITAL,<br><br>    Defendant. | Case No. 2:22-cv-00673-JCM-BNW |

Plaintiff/Defendant Sunrise MountainView Hospital, Inc. d/b/a MountainView Hospital ("Hospital") and Defendant/Plaintiff Nevada Service Employees Union aka Service Employees International Union, Local 1107 ("Union"), by and through their respective undersigned counsel of record, file this joint stipulation regarding various preliminary matters relating to the above-

captioned consolidated cases ("Joint Stipulation"). In support of the Joint Stipulation, the parties state as follows:

1. The Hospital filed its Complaint against the Union in this Court, captioned as *Sunrise MountainView Hospital, Inc. v. Service Employees International Union, Local 1107*, Case No. 2:22-cv-00668 ("Case One"), on April 22, 2022, and a Summons was issued on April 28, 2022. (*See* Case One, ECF 1, 6). The Summons and Complaint in Case One have yet to be formally served on the Union, although the Hospital's counsel did email filed-stamped copies of both to Union's counsel on May 19, 2022, which Union's counsel confirmed receiving in their email response.

2. The Union filed its Complaint against the Hospital on the same date (*i.e.*, April 22, 2022), captioned as *Service Employees International Union, Local 1107 v. Sunrise MountainView Hospital, Inc.*, Case No. 2:22-cv-00673 ("Case Two"). The Union filed a Motion for Order Granting Petition to Compel Arbitration and For an Award of Reasonable Attorneys' Fees ("Motion") at the same time (*See* Case Two, ECF 2). A Summons was issued by the Clerk of Court on April 25, 2022. (Case Two, ECF 3). On April 25, 2022, counsel for the Union emailed copies of the Union's Complaint, Summons, and Motion to counsel for the Hospital. The Union formally served the Summons and Complaint in Case Two on the Registered Agent of the Hospital on May 12, 2022. (Case Two, ECF 6). The Union also caused a file-stamped copy of the Motion to be hand-delivered to counsel for the Hospital on May 16, 2022.

3. On May 10, 2022, the Union filed Notices of Related Cases in Case One and Case Two, in which it notified the Court that the Cases were related. (*See* Case One, ECF 7; Case Two, ECF 5).

4. On May 18, 2022, the parties met and conferred over various preliminary matters relating to the Cases and agreed that the Cases should be consolidated because they raised related issues of law and fact. They also agreed that consolidating the Cases would promote judicial economy and conserve the parties' resources.

5. On May 19, 2022, before the parties filed a joint motion or stipulation to consolidate the Cases, the Court issued an Order *sua sponte* in each of Case One and Case Two, in which the Cases were consolidated under Case No. 2:22-cv-00668 ("Consolidated Case"). (*See* Case One, ECF 8; Case Two, ECF 7). The Court's rationale for consolidating the Cases was "the efficient disposition of these cases." (*Id.*)

6. When the parties met and conferred over various preliminary matters relating to the Consolidated Case on May 18, 2022, they agreed to the following stipulations:

(a) The Union acknowledges that the May 19, 2022 email from Hospital's counsel to the Union's counsel attaching file-stamped copies of the Summons and Complaint in Case One qualifies as proper service, as of the date of receipt of same, under Rules 4 and 5 of the Federal Rules of Civil Procedure.

(b) The Hospital acknowledges that it was properly served with the Summons and Complaint originally filed by the Union in Case Two on May 12, 2022.

(c) The Hospital acknowledges that hand-delivery of the Motion on the Hospital's counsel on May 16, 2022, qualifies as proper service as of the date of receipt of the same, under Rules 4 and 5 of the Federal Rules of Civil Procedure.

(d) The Hospital's deadline to respond to the Summons and Complaint originally filed by the Union in Case Two is extended from the original due date to June 10, 2022.

(e) The Hospital's deadline to respond to the Motion originally filed by the Union in Case Two is extended from the original due date to June 10, 2022.

(f) The Union's deadline to respond to the Summons and Complaint originally filed by the Hospital in Case One is extended from the original due date to June 10, 2022.

(g) The parties will file the above-referenced responsive pleadings in the Consolidated Case (Case No. 2:22-cv-00668-JAD-EJY).

(h) This Joint Stipulation does not seek to modify any deadlines not expressly identified herein.

7. The parties have agreed to enter into this Joint Stipulation because resolving any potential service-related disputes and establishing a uniform deadline for all of the responsive pleadings in the Consolidate Case foster notions of judicial economy and preserve the parties' resources.

8. The parties respectfully request the Court's Order approving this Joint Stipulation acknowledging proper service and setting the deadlines agreed to by parties, as outlined above.

DATED this 23rd day of May 2022.  CHRISTENSEN JAMES & MARTIN, CHTD.

By: */s/ Daryl E. Martin*
DARYL E. MARTIN, ESQ.
Nevada Bar No. 6735
EVAN L. JAMES, ESQ.
Nevada Bar No. 7760
*Attorneys for Defendant/Plaintiff Service Employees International Union, Local 1107*

DATED this 23rd day of May 2022.  HALL PRANGLE & SCHOONVELD, LLC

By: */s/ Kenneth M. Webster*
KENNETH M. WEBSTER, ESQ.
Nevada Bar No. 7205
*Attorney for Plaintiff/Defendant MountainView Hospital*

## ORDER

Good Cause Appearing, the Court approves the Parties' stipulation proposing revised deadlines for various responses and acknowledging proper service of the Complaints, Summonses, and the Union's Motion for Order Granting Petition to Compel Arbitration. The Union shall file and serve its response to the Hospital's Complaint on or before June 10, 2022. The Hospital shall file and serve its responses to the Union's Complaint and the Union's Motion on or before June 10, 2022.

_____
United States Magistrate Judge

Dated: May 23, 2022

CHRISTENSEN JAMES & MARTIN, CHTD.
7440 WEST SAHARA AVE., LAS VEGAS, NEVADA 89117
PH: (702) 255-1718 § FAX: (702) 255-0871