**CHRISTENSEN JAMES & MARTIN, CHTD.**
Evan L. James, Esq. (7760)
Daryl E. Martin, Esq. (6735)
7440 W. Sahara Ave.
Las Vegas, NV 89117
Tel. (702) 255-1718
Fax: (702) 255-0871
Email: elj@cjmlv.com, dem@cjmlv.com
*Attorneys for Service Employees
International Union, Local 1107*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SUNRISE MOUNTAINVIEW HOSPITAL, INC. d/b/a MOUNTAINVIEW HOSPITAL,<br><br>Plaintiff,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1107,<br><br>Defendant. | Case No. 2:22-cv-00668-JAD-EJY<br><br>**STIPULATION AND ORDER TO DISMISS CASES** |
| NEVADA SERVICE EMPLOYEES UNION aka SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 1107,<br><br>Plaintiff,<br><br>v.<br><br>SUNRISE MOUNTAINVIEW HOSPITAL, INC. d/b/a MOUNTAINVIEW HOSPITAL,<br><br>Defendant. | Consolidated Case: 2:22-cv-00673 |

Plaintiff/Defendant Sunrise MountainView Hospital, Inc. d/b/a MountainView Hospital ("Hospital") and Defendant/Plaintiff Nevada Service Employees Union, aka Service Employees International Union, Local 1107 ("Union") (Union and Hospital are collectively the "Parties"),

acting through their respective counsel of record, respectfully report that all claims and disputes that led the Parties to file of these consolidated cases have been resolved. The Parties therefore file this joint Stipulation to dismiss the cases, including the stayed claim asserted by the Hospital against the Union, with prejudice.

DATED this 15th day of March, 2023.

CHRISTENSEN JAMES & MARTIN, CHTD.

By: */s/ Daryl E. Martin*
DARYL E. MARTIN, ESQ.
Nevada Bar No. 6735
EVAN L. JAMES, ESQ.
Nevada Bar No. 7760
*Attorneys for Defendant/Plaintiff Service Employees International Union, Local 1107*

DATED this 15th day of March, 2023.

FORDHARRISON LLP

By: */s/ Heath H. Edwards*
HEATH H. EDWARDS, ESQ.
Tennessee Bar No. 034076
*Attorney for Plaintiff/Defendant MountainView Hospital*

## ORDER

Good Cause Appearing, the Court approves the Parties' Stipulation and orders that the consolidated cases 2:22-cv-00668 and 2:22-cv-00673, including the stayed claim asserted by the Hospital against the Union, are dismissed with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THESE CASES.

United States District Court Judge

Dated: 3-20-23